IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-103-1-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RODRIGO BUSTAMANTE-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Thomas Halvas of the Department of Homeland Security.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on October 17, 2016, be transferred to Thomas Halvas to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 3 | Taurus model 66 .357 revolver |
| 5 | Rossi model M68 .38 revolver |
| 7 | Ruger model 10/22 .22 rifle |
| 9 | Winchester model Ranger 30-30 rifle |

SO ORDERED this the 17th ay of October, 2016.

_____
Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

_____
Thomas Halvas, Case Agent

_____
Sebastian Kielmanovich, Assistant U.S. Attorney