IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-103-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RODRIGO BUSTAMANTE-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Thomas O'Connell of the Department of Homeland Security.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on October 18, 2016, be transferred to Thomas O'Connell to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 19A | Mexican Passport |
| 21A | Mexican Matricula |
| 23A | Mexican Voting Card |
| 42A | Employment Authorization Card |

SO ORDERED this the 18th day of October, 2016.

Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

_____
Thomas O'Connell, Case Agent

_____
Sebastian Kielmanovich, Assistant U.S. Attorney