UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                        CASE NO:   5:15-CR-103-1FL

RODRIGO BUSTAMANTE-MARTINEZ

ORDER

In order that deliberations may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors.   The cost of these meals total $104.67.   The clerk is DIRECTED to pay Domino's Pizza the sum of $104.67.

October 19, 2016
Date

LOUISE W. FLANAGAN
United States District Judge