IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-103-FL

UNITED STATES OF AMERICA       :
                               :
     v.                        :
                               :
RODRIGO BUSTAMANTE-MARTINEZ    :

### ORDER OF FORFEITURE

WHEREAS, pursuant to the defendant being found guilty by Verdict of a jury to Count One of the Criminal Indictment on October 19, 2016, and it appearing that the forfeiture is not contested by the defendant, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm and ammunition used in knowing a violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2), to wit:

A Taurus, Model 66 .357 revolver, serial number 1C124587;

A Rossi, Model M68 .38 caliber revolver, serial number AA231616;

A Ruger, Model 10/22 .22 caliber rifle, serial number 250-45526;

A Winchester, Model Ranger 30-30 .30 caliber rifle, serial number 5557391; and

Any and all accompanying ammunition;

1

AND WHEREAS, by virtue of the entry of the Verdict and the non-opposition of the defendant, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 4th day of January, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge

2